IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MAOLY PEREZ, <br><br><br><br> Defendant, | INFORMATION <br><br> Criminal No. 25 - 364 (SCC) <br><br> Violations: <br> 18 U.S.C. §§ 1956(a)(2) and (h) <br> (One Count) |

THE UNITED STATES CHARGES:

COUNT ONE
International Money Laundering Conspiracy
18 U.S.C. §§ 1956(a)(2) and (h)

Beginning on or about the year 2014, the exact date being unknown, and continuing until on or about May 23, 2018, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court,

MAOLY PEREZ,

the defendant herein, did knowingly and intentionally combine, conspire, and agree with other persons, to commit an offense against the United States, that is, to knowingly transport, transmit, or attempt to transport, transmit or transfer a monetary instrument or funds from a place in the United States to or through a place outside the United States, knowing that the money was proceeds of a specified unlawful activity and knowing that the movement was intended to conceal or disguise the nature, location, source, ownership, or control of the specified unlawful activity; and also that the Defendant did so with the intent to promote the carrying on of a specified unlawful activity.

All in violation of 18 U.S.C. §§ 1956(a)(2) and (h).

W. STEPHEN MULDROW
United States Attorney

_____
Myriam Y. Fernandez-Gonzalez
Assistant United States Attorney, Chief
Transnational Organized Crime Section
Date: 9.2.2025

_____
Maria L. Montañez-Concepcion
Assistant United States Attorney, Deputy Chief
Transnational Organized Crime Section
Date: 9.2.2025

_____
Antonio L. Perez-Alonso
Assistant United States Attorney
Transnational Organized Crime Section
Date: 9/2/2025

2